FRAMROZE M. VIRJEE (S.B. #120401)
fvirjee@omm.com
ADAM J. KARR (S.B. #212288)
akarr@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660-6429
Tel: (949) 760-9600
Fax: (949) 823-6994

JOEL L. LENNEN
jlennen@eckertseamans.com
AUDREY K. KWAK
akwak@eckertseamans.com
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Tel: (412) 566-6000
Fax: (412) 566-6099

Attorneys for Defendants,
SOH DISTRIBUTION COMPANY, INC. and G&A SNACK DISTRIBUTING, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHARLEE HARGIS, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

G & A SNACK DISTRIBUTING, INC., a.k.a. G and A SNACK DISTRIBUTING, INC.; SOH DISTRIBUTION COMPANY, INC.; and DOES 1 through 50,

Defendants.

Case No. 8:09-cv-00685-AG (MLG)

**DEFENDANTS, SOH DISTRIBUTION COMPANY, INC.'S AND G&A SNACK DISTRIBUTING COMPANY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER**

**Honorable Andrew J. Guilford**

Date: August 31, 2009
Time: 10:00 a.m.
Ctrm: 10D

TO PLAINTIFF CHARLEE HARGIS AND TO HER ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that on August 31, 2009, at 10:00 a.m., or as soon thereafter as this matter may be heard in Department 10D of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants, SOH Distributing Inc. ("SOH") and G&A Snack Distributing, Inc. ("G&A") (collectively, "Defendants"), by their undersigned counsel, O'Melveny & Myers LLP and Eckert Seamans Cherin & Mellott, LLC, will move and hereby do move this Court: (1) for the dismissal or, alternatively, the transfer of this action to the United States District Court for the Middle District of Pennsylvania, pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a); or (2) alternatively, for transfer of this action to the United States District Court for the Middle District of Pennsylvania, pursuant to 28 U.S.C. § 1404(a). This Motion is brought on the grounds that applicable forum selection provisions in agreements between Defendants and Plaintiff, Charlee Hargis and the purported class members require that this action proceed in Pennsylvania, and alternatively, that a transfer is in the interest of justice and would serve the convenience of parties and witnesses.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations and other exhibits attached thereto, all other papers and pleadings on file in this action and such additional evidence and argument as may be offered prior to or at the time of hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 9, 2009.

Dated: July 14, 2009.

O'MELVENY & MYERS LLP
FRAMROZE M. VIRJEE
ADAM J. KARR

By /s/
Adam J. Karr
Attorney for Defendants,
SOH DISTRIBUTION COMPANY, INC. and G&A SNACK DISTRIBUTING, INC.

– and –

Dated: July 14, 2009.

ECKERT SEAMANS CHERIN & MELLOTT, LLC
JOEL L. LENNEN
AUDREY K. KWAK

By /s/
Joel L. Lennen
Attorney for Defendants,
SOH DISTRIBUTION COMPANY, INC. and G&A SNACK DISTRIBUTING, INC.

NB1:779149.1