GIGLIOTTI & GIGLIOTTI, L.L.P.
Joseph J. Gigliotti, SBN 144979
434 East Chapman Ave
Fullerton, California 92832
Tel (714) 879-1712, Fax (714) 879-3439

Attorneys for Plaintiff

SPIRO MOSS LLP
Ira Spiro, State Bar No. 67641
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Tel    310-235-2468, fax: 310-235-2456
email        ispiro@smbhblaw.com

Attorneys for Plaintiff and others Similarly Situated.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEE HARGIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>G & A SNACK DISTRIBUTING, INC, a.k.a. G and A SNACK DISTRIBUTING, INC.; SOH DISTRIBUTION COMPANY, INC.; and DOES 1 through 50,<br><br>Defendants. | Case No. 8:09-cv-00685-AG (MLG)<br><br>CLASS ACTION<br><br>**STIPULATION TO TRANSFER CASE**<br><br>Honorable Andrew J. Guilford, Courtroom 10D<br><br>Complaint Filed: May 5, 2009<br><br>Trial Date: Not set yet.<br><br>**Hearing On Motion to Dismiss or Transfer: August 31, 2009, 10:00 a.m.** |

1
**STIPULATION TO TRANSFER CASE; [PROPOSED] ORDER**

## STIPULATION

Plaintiff Charlee Hargis ("Plaintiff") on the one hand, and Defendants G&A Snack Distributing, Inc. ("G&A") and SOH Distribution Company, Inc. ("SOH") (collectively, "Defendants") on the other hand, being all the parties of record, stipulate as set forth in paragraph 1 below, based on the following circumstances:

A. Defendants filed a Motion to Dismiss, or In the Alternative, Transfer Venue. The motion is based on a forum clause in agreements Defendants describe in the motion.

B. A case similar to the present one is pending in the United States District Court for the Middle District of Pennsylvania. The Pennsylvania case was filed before the present one. The parties in the Pennsylvania case had one mediation session in or about July, 2009.

C. On August 11, 2009, the parties in this case and the parties in the Pennsylvania case participated in a mediation in New York City, which resulted in terms for a nationwide settlement, to be set forth in a written settlement agreement.

D. The settlement contemplates the filing of a consolidated complaint, and settlement proceedings to be held before District Judge presiding over the case in the Middle District of Pennsylvania.

//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | THEREFORE, the parties stipulate as follows: |
| 2 |     1.    That the Court, as its decision on Defendants' Motion to Dismiss, or In |
| 3 | the Alternative, Transfer Venue, order this case transferred to the Middle District of |
| 4 | Pennsylvania, and not dismiss this case. |

August 17, 2009.

                      GIGLIOTTI & GIGLIOTTI, LLP
                         Joseph J. Gigliotti

                      SPIRO MOSS, LLP
                         Ira Spiro

_____
Ira Spiro
Attorneys for Plaintiff
CHARLEE HARGIS AND OTHERS
SIMILARLY SITUATED

August 9, 2009

                      O'MELVENY & MYERS LLP
                         Framroze M. Virjee
                         Adam J. Karr

ECKERT SEAMANS CHERIN &
MELLOTT, LLC
    Joel L. Lennen

_____
Adam J. Karr
Attorneys for Defendants G&A SNACK
DISTRIBUTING, INC. ("G&A") AND
SOH DISTRIBUTING INC.